IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 13-0023-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNY EMILIO SALGUERO, and | ) | |
| KENNETH STEPTER, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 25, 2013, this Court entered a Preliminary Order of
Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the guilty plea by
Kenny Emilio Salguero to Count 1 of the Indictment on June 5, 2013, (Clerk's DR at
21), and the guilty plea by Kenneth Stepter to Count 1 of the Indictment on June 6,
2013, (Clerk's DR at 26), in which defendants consented to the forfeiture of any interest
they had or have in the property alleged to be subject to forfeiture under the Forfeiture
Allegation of the April 19, 2013, Indictment;

AND WHEREAS, notice of this forfeiture action was published on the official
government website www.forfeiture.gov for 30 consecutive days beginning on July 9,
2013, and continuing through August 7, 2013, giving notice of this forfeiture and of the
intent of the United States to dispose of the property in accordance with the law and
further notifying all third parties of their right to petition the Court within thirty (30) days
for a hearing to adjudicate the validity of their alleged legal interest in the property
(Clerk's DR at 49);

AND WHEREAS, It appears from the record that no claims, contested or otherwise, have been filed against the property identified as subject to forfeiture in the June 25, 2013, Preliminary Order of Forfeiture in regard to defendants Kenny Emilio Salguero and Kenneth Stepter,

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.     That the right, title and interest to the hereinafter described property, whether real, personal and/or mixed, of the defendants named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2.     That the following property belonging to Kenny Emilio Salguero and Kenneth Stepter, who are the subjects of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **$37,503 in United States currency seized from a residence in Robins, Iowa, on March 27, 2013, in which defendant Kenneth Stepter was located and in which defendant Kenny Emilo Salguero was living.**

3.     That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshals management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED this 10th day of Sept , 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA